IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY,<br><br>       Plaintiff,<br>vs.<br><br>GENESIS COMMUNICATIONS NETWORK, INC.; ALEX JONES; ERICA LAFFERTY; WILLIAM SHERLACH; ROBERT PARKER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; FRANCINE WHEELER; DAVID WHEELER; JENNIFER HENZEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; WILLIAM ALDENBERG;<br><br>       Defendants. | Case No.: 3:22-cv-00478-VAB |

**NOTICE OF VOLUNTARY DISMISSAL SOLELY AS TO DEFENDANT JEREMY RICHMAN**

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, West Bend Mutual Insurance Company ("West Bend"), hereby dismisses Defendant Jeremy Richman from this lawsuit as he is deceased. No answer or motion for summary judgment has been filed on his behalf. The case remains pending as between West Bend and all other defendants.

Respectfully Submitted,

WEST BEND MUTUAL INSURANCE COMPANY

By:   /s/ Daniel J. Cunningham
      One of Its Attorneys

Daniel J. Cunningham (admitted pro hac vice)
Tressler LLP
233 South Wacker Drive – 61st Floor
Chicago, Illinois 60606-6399
(312) 627-4000
dcunningham@tresslerllp.com

Mark A. Milano (#CT1062)
Milano & Wanat LLC
471 East Main Street, Branford, CT 06405
(203) 315-7206
Mmilano@mwllc.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the ECF system which will send notice of such filing to all parties of record.

Dated: May 18, 2022                                        /s/Daniel J. Cunningham