IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br>vs.<br><br>GENESIS COMMUNICATIONS NETWORK, INC.; ALEX JONES; ERICA LAFFERTY; WILLIAM SHERLACH; ROBERT PARKER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; FRANCINE WHEELER; DAVID WHEELER; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; WILLIAM ALDENBERG;<br><br>        Defendants. | Case No.: 3:22-cv-00478-VAB |

## LAFFERTY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER, ON CONSENT

Defendants Erica Lafferty, William Sherlach, Robert Parker, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Francine Wheeler, David Wheeler, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto, and William Aldenberg (the "Lafferty Defendants") move for a thirty-day extension of the date within which they are required to file an answer to the plaintiff's complaint (Dkt. 1) until August 17, 2022. The Lafferty Defendants request this extension in order to consider whether to defend this action, having withdrawn their claims against West Bend's insured, Genesis.

The plaintiff, West Bend Mutual Insurance Co., consents to the requested extension.

1

Respectfully Submitted,

By: /s/ *Alinor C. Sterling*
Alinor C. Sterling (Fed. Bar No. ct17207)
Christopher M. Mattei (Fed. Bar No. ct27500)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
Telephone: (203) 336-4421
Facsimile: (203) 368-3244 Email:
asterling@koskoff.com
cmattei@koskoff.com

*Counsel for Erica Lafferty, William Sherlach, Robert Parker, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Francine Wheeler, David Wheeler, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto, William Aldenberg*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the ECF system which will send notice of such filing to all parties of record on July 17, 2022.

/s/ *Alinor C. Sterling*
ALINOR C. STERLING
CHRISTOPHER M. MATTEI