**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

WEST BEND MUTUAL INSURANCE
COMPANY,

               Plaintiff,

  vs.

GENESIS COMMUNICATIONS
NETWORK, INC.; ALEX JONES; ERICA
LAFFERTY; WILLIAM SHERLACH;
ROBERT PARKER; JACQUELINE
BARDEN; MARK BARDEN; NICOLE
HOCKLEY; IAN HOCKLEY; FRANCINE
WHEELER; DAVID WHEELER; JENNIFER
HENZEL; DONNA SOTO; CARLEE SOTO-
PARISI; CARLOS M. SOTO; JILLIAN
SOTO; WILLIAM ALDENBERG;

               Defendants.

Case No.: 3:22-cv-00478-VAB

**REQUEST TO ENTER DEFAULT AS TO**
**ALEX JONES**

TO:   DINAH MILTON KINNEY, CLERK OF COURT
       UNITED STATES DISTRICT COURT
       DISTRICT OF CONNECTICUT

      Please enter the default of Defendant Alex Jones pursuant to Fed. R. Civ. P. 55(a) for failure

to plead or otherwise defend the above-captioned action, as fully appears from the court file herein

and from the attached affidavit of Daniel J. Cunningham, Esq.

Dated:  August 26, 2022          Respectfully Submitted,

                             By:___/s/  Daniel J. Cunningham_____
                             Daniel J. Cunningham (admitted pro hac vice)
                             Tressler LLP
                             233 South Wacker Drive – 61st Floor
                             Chicago, Illinois 60606-6399
                             (312) 627-4000
                             dcunningham@tresslerllp.com

                             Mark A. Milano (#CT1062)
                             Milano & Wanat LLC

471 East Main Street, Branford, CT 06405
(203) 315-7206
Mmilano@mwllc.us

*Attorneys for West Bend Mutual Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing and attached was filed with the Clerk of the Court using the ECF system which will send notice of such filing to all parties of record.

Dated: August 26, 2022

/s/Daniel J. Cunningham_____