IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br>vs.<br><br>GENESIS COMMUNICATIONS NETWORK, INC.; ALEX JONES; ERICA LAFFERTY; WILLIAM SHERLACH; ROBERT PARKER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; FRANCINE WHEELER; DAVID WHEELER; JENNIFER HENZEL; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; WILLIAM ALDENBERG;<br><br>        Defendants. | Case No.: 3:22-cv-00478-VAB<br><br>**AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER DEFAULT AS TO ALEX JONES** |

STATE OF ILLINOIS    )
                                ) SS:
COUNTY OF COOK    )

        DANIEL J. CUNNINGHAM, an attorney duly admitted pro hac vice to practice before this Court, being duly sworn, deposes and says:

        1.    I am a partner in the law firm of Tressler LLP, lead attorneys for Plaintiff West Bend Mutual Insurance Company ("West Bend") in the above-entitled action. This affidavit is based on my involvement in this matter since its inception and the file maintained at my office. As such, I am fully familiar with the facts and circumstances of this action. I submit this affidavit in support of West Bend's Request to Enter Default as to Alex Jones ("Jones").

        2.    West Bend commenced this action by filing its complaint on April 1, 2022.

3. On April 4, 2022, pursuant to Fed. R. Civ. P. 4(d), West Bend notified counsel for Jones, Norman Pattis of Pattis & Smith, in writing that the action had been commenced and requested that Jones waive service of summons.

4. Thereafter, West Bend received from counsel for Jones a fully executed Waiver of Service of Summons ("Waiver"). (See Doc. No. 58). The Waiver is signed by Norman Pattis, counsel for Jones.

5. The Waiver acknowledges receipt of West Bend's request to waive service of summons along with a copy of the complaint, two copies of the waiver form, and a prepaid means of returning one signed copy of the form.

6. The Waiver also acknowledges that Jones must file and serve an answer or a motion under Rule 12 within 60 days from April 4, 2022 (which was June 3, 2022) and that failure to do so would result in entry of a default.

7. To date, Jones has not answered, moved, or otherwise appeared in this action.

8. As Jones's time to respond to the Complaint has expired with no responsive pleading having been filed, West Bend respectfully requests that the Clerk enter a Notation of Default on the docket of this matter as to Jones.

9. The foregoing is true and correct to the best of my information, knowledge and belief.

Dated: August 26, 2022

_____
Daniel J. Cunningham

Sworn to before me this 26th
day of August 2022

_____
Notary Public

KATRINA B HARRIS
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 28, 2022