**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, <br><br>       Plaintiff, <br><br> vs. <br><br> GENESIS COMMUNICATIONS NETWORK, INC.; ALEX JONES; ERICA LAFFERTY; WILLIAM SHERLACH; ROBERT PARKER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; FRANCINE WHEELER; DAVID WHEELER; JENNIFER HENZEL; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; WILLIAM ALDENBERG; <br><br>       Defendants. | Case No.: 3:22-cv-00478-VAB |

## NOTICE OF VOLUNTARY DISMISSAL SOLELY AS TO CERTAIN DEFENDANTS

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Stipulation to Be Bound attached hereto as Exhibit A, Plaintiff, West Bend Mutual Insurance Company ("West Bend"), dismisses Defendants Erica Lafferty, William Sherlach, Robert Parker, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Francine Wheeler, David Wheeler, Jennifer Henzel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto, and William Aldenberg (collectively the "Underlying Claimants") from this lawsuit without prejudice and without an award of costs. No answer or motion for summary judgment has been filed on behalf of the Underlying Claimants. The case remains pending as between West Bend and Defendants Genesis Communications Network, Inc. and Alex Jones.

Respectfully Submitted,

WEST BEND MUTUAL INSURANCE COMPANY

By: _____
One of Its Attorneys

Daniel J. Cunningham (admitted pro hac vice)
Tressler LLP
233 South Wacker Drive – 61st Floor
Chicago, Illinois 60606-6399
(312) 627-4000
dcunningham@tresslerllp.com

Mark A. Milano (#CT1062)
Milano & Wanat LLC
471 East Main Street, Branford, CT 06405
(203) 315-7206
Mmilano@mwllc.us

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the

Court using the ECF system which will send notice of such filing to all parties of record.

Dated: September 22, 2022

/s/Daniel J. Cunningham