IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br>vs.<br><br>GENESIS COMMUNICATIONS NETWORK, INC.; ALEX JONES; ERICA LAFFERTY; WILLIAM SHERLACH; ROBERT PARKER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; FRANCINE WHEELER; DAVID WHEELER; JENNIFER HENZEL; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; WILLIAM ALDENBERG;<br><br>        Defendants. | Case No.: 3:22-cv-00478-VAB |

## STIPULATION TO BE BOUND

Plaintiff, West Bend Mutual Insurance Company ("West Bend"), and Defendants Erica Lafferty, William Sherlach, Robert Parker, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Francine Wheeler, David Wheeler, Jennifer Henzel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto, and William Aldenberg (collectively the "Underlying Claimants"), by and through their attorneys, hereby stipulate and agree as follows:

1. On April 1, 2022, West Bend filed its complaint for declaratory judgment in this action ("the DJ Action").

2. In the DJ Action, West Bend seeks a declaration that it owes neither a duty to defend nor a duty to indemnify to Genesis Communications Network ("GCN") and Alex Jones for the following three lawsuits which are referred to herein as the "Underlying Lawsuits:"



A. *Lafferty, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046436-S (Judicial District of Fairfield at Bridgeport);

B. *Sherlach, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046437-S (Judicial District of Fairfield at Bridgeport);

C. *Sherlach, et al, v. Jones, et al.*, No. X06-UWY-CV18-6046438-S (Judicial District of Fairfield at Bridgeport).

3.  West Bend named the Underlying Claimants as defendants in the DJ Action merely as potentially interested parties, to be bound by the declarations sought by West Bend regarding coverage for the Underlying Lawsuits.

4.  Through their undersigned counsel, the Underlying Claimants have advised that they do not wish to participate in this DJ Action.

5.  The Underlying Claimants agree to be bound by any judgments (including default and declaratory judgments) entered by the Court resolving West Bend's contentions that it owes neither a duty to defend nor a duty to indemnify to any party to the Underlying Lawsuits.

6.  Upon execution of this stipulation, counsel for West Bend will engage in the steps necessary to effectuate the voluntary dismissal of the Underlying Claimants from the DJ Action without prejudice and without an award of costs in favor of any party.

[The remainder of this page is intentionally left blank.]

Respectfully Submitted,

Defendants Erica Lafferty, William Sherlach, Robert Parker, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Francine Wheeler, David Wheeler, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto, William Aldenberg

By: *(signature)*
One of their Attorneys

Alinor C. Sterling (CT17207)
William Bloss (CT01008)
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.,
Bridgeport CT 06604
asterling@koskoff.com
bbloss@koskoff.com

Plaintiff, West Bend Mutual Insurance Company

By *(signature)*
One of Its Attorneys

Daniel J. Cunningham (admitted pro hac vice)
Tressler LLP
233 South Wacker Drive – 61st Floor
Chicago, Illinois 60606-6399
(312) 627-4000
dcunningham@tresslerllp.com

Mark A. Milano (CT1062)
Milano & Wanat LLC
471 East Main Street, Branford, CT 06405
(203) 315-7206
Mmilano@mwllc.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the ECF system which will send notice of such filing to all parties of record.

Dated: September 22, 2022

/s/ Daniel J. Cunningham