# EXHIBIT 1

### State of Connecticut Judicial Branch
# Superior Court E-Filing

---

**Attorney/Firm: KOSKOFF KOSKOFF & BIEDER PC (032250)**   **E-Mail: KKB@KOSKOFF.COM**   Logout

<u>**Hide Instructions**</u>     ## You have successfully e-filed!

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

Print This Page

Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | <u>UWY-CV-18-6046436-S</u> |
| **Case Name:** | LAFFERTY, ERICA Et Al v. JONES, ALEX EMRIC Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jun-30-2022 |
| **Motion/Pleading by:** | KOSKOFF KOSKOFF & BIEDER PC (032250) |
| **Document Filed:** | 862.00 WITHDRAWAL OF ACTION AGAINST PARTICULAR DEFENDANT(S) – CASE REMAINS PENDING |
| | Withdrawal of Action Against Defendant Genesis Communications Network, Inc. ONLY |
| **Date and Time of Transaction:** | Thursday, June 30, 2022 10:49:26 AM |

E-File Another Pleading/Motion/Other document on this Case

Return to Civil / Family Menu     Return to Case Detail

Copyright © 2022, State of Connecticut Judicial Branch

# WITHDRAWAL
JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **UWY-CV-18-6046436-S** |
| Return date *(For Civil and Housing cases only)* | **Jun-26-2018** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**LAFFERTY, ERICA Et Al v. JONES, ALEX EMRIC Et Al**

☒ Judicial District ☐ Housing Session | Address of court *(Number, street, town and zip code)* **300 GRAND STREET WATERBURY, CT 06702**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT) ☐ The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD) ☐ A judgment has been rendered against the following Defendant(s):

_____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | ☐ Complaint | (WAPPCOM) | ☐ Apportionment Complaint |
| (WOC) | ☐ Counterclaim | (WDINTCO) | ☐ Intervening Complaint |
| (WDCC) | ☐ Cross Complaint (cross claim) | (WDTHPC) | ☐ Third Party Complaint |
| (WDCOUNT) | ☐ Counts of the complaint: _____ | | |

(WOAAP) ☐ Plaintiff(s): _____

(WOAAD) ☒ Complaint against defendant(s): _____
**D-08 GENESIS COMMUNICATIONS NETWORK, INC.** _____ only without costs

(WOM) ☐ Motion: _____
☐ Other: _____

## Signature of Filer(s)

| Party | **P-02 DAVID WHEELER** | ; By | **KOSKOFF KOSKOFF & BIEDER PC** | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | **P-03 FRANCINE WHEELER** | ; By | **KOSKOFF KOSKOFF & BIEDER PC** | Attorney or Self-represented party |
| Party | **P-04 JACQUELINE BARDEN** | ; By | **KOSKOFF KOSKOFF & BIEDER PC** | Attorney or Self-represented party |
| Party | ***See additional page** | ; By | | Attorney or Self-represented party |

*Name & Address of Filer(s):* ►  **ALINOR CLEMANS STERLING**
**350 Fairfield Avenue, Bridgeport, CT 06604**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) __**Jun-30-2022**__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**HORTON DOWD BARTSCHI & LEVESQUE PC - 90 GILLETT STREET/HARTFORD, CT 06105**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ► **411754** | Print or type name of person signing **ALINOR CLEMANS STERLING** | Date signed **Jun-30-2022** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **350 FAIRFIELD AVENUE 5TH FLOOR BRIDGEPORT, CT 06604** | | Telephone number **203-336-4421** |

**Continuation of JDCV41 Withdrawal for UWY-CV-18-6046436-S**

**Submitted By KOSKOFF KOSKOFF & BIEDER PC (032250)**

**Additional Signature List (Continued from JDCV41)**

Party# P-05 MARK BARDEN

Party# P-06 NICOLE HOCKLEY

Party# P-07 IAN HOCKLEY

Party# P-08 JENNIFER HENSEL

Party# P-10 DONNA SOTO

Party# P-11 CARLEE SOTO-PARISI

Party# P-12 CARLOS M. SOTO

Party# P-13 JILLIAN SOTO

Party# P-14 WILLIAM ALDENBERG

Party# P-16 RICHARD M COAN TRUSTEE OF THE BANKRUPTCY ESTATE O

**\*\*\*\*\* End of Signature List \*\*\*\*\***

**Continuation of JDCV41 Withdrawal for UWY-CV-18-6046436-S**

**Submitted By KOSKOFF KOSKOFF & BIEDER PC (032250)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

ZEISLER & ZEISLER P.C. - 10 MIDDLE STREET/15TH FLOOR/BRIDGEPORT, CT 06604

NORMAN PATTIS - 383 ORANGE ST, 1ST FLOOR/NEW HAVEN, CT 06511

BRIGNOLE BUSH & LEWIS - 73 WADSWORTH STREET/HARTFORD, CT 06106

OFFICE OF CHIEF DISCIPLINARY COUNSEL - 100 WASHINGTON STREET/HARTFORD, CT 06106

PATTIS & SMITH LLC - 383 ORANGE STREET/1ST FLOOR/NEW HAVEN, CT 06511

CAMERON ATKINSON - 383 ORANGE ST/1ST FLOOR/NEW HAVEN, CT 06511

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

State of Connecticut Judicial Branch
# Superior Court E-Filing

Attorney/Firm: KOSKOFF KOSKOFF & BIEDER PC (032250)        E-Mail: KKB@KOSKOFF.COM   Logout

**Hide Instructions**            **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | UWY-CV-18-6046437-S |
| **Case Name:** | SHERLACH, WILLIAM v. JONES, ALEX Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jun-30-2022 |
| **Motion/Pleading by:** | KOSKOFF KOSKOFF & BIEDER PC (032250) |
| **Document Filed:** | 640.00 WITHDRAWAL OF ACTION AGAINST PARTICULAR DEFENDANT(S) – CASE REMAINS PENDING |
| | Withdrawal of Action Against Defendant Genesis Communications Network, Inc. ONLY |
| **Date and Time of Transaction:** | Thursday, June 30, 2022 10:52:28 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]        [ Return to Case Detail ]

Copyright © 2022, State of Connecticut Judicial Branch

# WITHDRAWAL
JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **UWY-CV-18-6046437-S** |
| Return date *(For Civil and Housing cases only)* | **Jul-24-2018** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**SHERLACH, WILLIAM  v.  JONES, ALEX Et Al**

[X] Judicial District    [ ] Housing Session    Address of court *(Number, street, town and zip code)*
**300 GRAND STREET WATERBURY, CT 06702**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   [ ] A judgment has been rendered against the following Defendant(s):

_____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | |

(WOAAP)   [ ] Plaintiff(s): _____

(WOAAD)   [X] Complaint against defendant(s): _____
**D-08 GENESIS COMMUNICATIONS NETWORK, INC.** _____ only without costs

(WOM)   [ ] Motion: _____
[ ] Other: _____

## Signature of Filer(s)

| Party | **P-01 WILLIAM SHERLACH** | ; By | **KOSKOFF KOSKOFF & BIEDER PC** | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| ***Name & Address of Filer(s):*** ▶ | **ALINOR CLEMANS STERLING** |
|---|---|
| | **350 Fairfield Avenue, Bridgeport, CT 06604** |

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) __**Jun-30-2022**__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | *For Court Use Only* |
|---|---|
| **HORTON DOWD BARTSCHI & LEVESQUE PC - 90 GILLETT STREET/HARTFORD, CT 06105** | |

*\*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.*

| Signed  *(Signature of filer)* ▶ **411754** | Print or type name of person signing **ALINOR CLEMANS STERLING** | Date signed **Jun-30-2022** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **350 FAIRFIELD AVENUE 5TH FLOOR BRIDGEPORT, CT 06604** | | Telephone number **203-336-4421** |

**Continuation of JDCV41 Withdrawal for UWY-CV-18-6046437-S**

**Submitted By KOSKOFF KOSKOFF & BIEDER PC (032250)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

ZEISLER & ZEISLER P.C. - 10 MIDDLE STREET/15TH FLOOR/BRIDGEPORT, CT 06604

NORMAN PATTIS - 383 ORANGE ST, 1ST FLOOR/NEW HAVEN, CT 06511

BRIGNOLE BUSH & LEWIS - 73 WADSWORTH STREET/HARTFORD, CT 06106

PATTIS & SMITH LLC - 383 ORANGE STREET/1ST FLOOR/NEW HAVEN, CT 06511

CAMERON ATKINSON - 383 ORANGE ST/1ST FLOOR/NEW HAVEN, CT 06511


**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

State of Connecticut Judicial Branch
## Superior Court E-Filing

Attorney/Firm: KOSKOFF KOSKOFF & BIEDER PC (032250)                    E-Mail: KKB@KOSKOFF.COM   Logout

**Hide Instructions**                        **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | UWY-CV-18-6046438-S |
| **Case Name:** | SHERLACH, WILLIAM Et Al v. JONES, ALEX EMRIC Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jun-30-2022 |
| **Motion/Pleading by:** | KOSKOFF KOSKOFF & BIEDER PC (032250) |
| **Document Filed:** | 623.00 WITHDRAWAL OF ACTION AGAINST PARTICULAR DEFENDANT(S) – CASE REMAINS PENDING |
| | Withdrawal of Action Against Defendant Genesis Communications Network, Inc. ONLY |
| **Date and Time of Transaction:** | Thursday, June 30, 2022 10:54:23 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]      [ Return to Case Detail ]

Copyright © 2022, State of Connecticut Judicial Branch

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| **UWY-CV-18-6046438-S** |
| Return date *(For Civil and Housing cases only)* |
| **Dec-11-2018** |
| Answer date *(For Small Claims cases only)* |
| |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**SHERLACH, WILLIAM Et Al v. JONES, ALEX EMRIC Et Al**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* |
| --- | --- | --- |
| | | **300 GRAND STREET WATERBURY, CT 06702** |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s):

_____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| --- | --- | --- | --- |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [X] Complaint against defendant(s): _____
**D-08 GENESIS COMMUNICATIONS NETWORK, INC.** _____ only without costs

(WOM)  [ ] Motion: _____
[ ] Other: _____

## Signature of Filer(s)

| Party | **P-01 WILLIAM SHERLACH** | ; By | **KOSKOFF KOSKOFF & BIEDER PC** | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | **P-02 ROBERT PARKER** | ; By | **KOSKOFF KOSKOFF & BIEDER PC** | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| *Name & Address of Filer(s):* ▶ | **ALINOR CLEMANS STERLING** |
| --- | --- |
| | **350 Fairfield Avenue, Bridgeport, CT 06604** |

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___Jun-30-2022___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | For Court Use Only |
| --- | --- |
| **HORTON DOWD BARTSCHI & LEVESQUE PC - 90 GILLETT STREET/HARTFORD, CT 06105** | |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ 411754 | Print or type name of person signing **ALINOR CLEMANS STERLING** | Date signed **Jun-30-2022** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **350 FAIRFIELD AVENUE 5TH FLOOR BRIDGEPORT, CT 06604** | | Telephone number **203-336-4421** |

**Continuation of JDCV41 Withdrawal for UWY-CV-18-6046438-S**

**Submitted By KOSKOFF KOSKOFF & BIEDER PC (032250)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

ZEISLER & ZEISLER P.C. - 10 MIDDLE STREET/15TH FLOOR/BRIDGEPORT, CT 06604

NORMAN PATTIS - 383 ORANGE ST, 1ST FLOOR/NEW HAVEN, CT 06511

BRIGNOLE BUSH & LEWIS - 73 WADSWORTH STREET/HARTFORD, CT 06106

PATTIS & SMITH LLC - 383 ORANGE STREET/1ST FLOOR/NEW HAVEN, CT 06511

CAMERON ATKINSON - 383 ORANGE ST/1ST FLOOR/NEW HAVEN, CT 06511


**\*\*\*\*\* End of Certification of Service \*\*\*\*\***